United States Bankruptcy Court
Eastern District of North Carolina

In re:  Case No. 19-01230-JNC
CAH Acquisition Company 2, LLC  Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0417-5      User: admin      Page 1 of 4
Date Rcvd: Jun 22, 2023      Form ID: pdf014      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + CAH Acquisition Company 2, LLC, PO Box 953412, Saint Louis, MO 63195-3412 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 24, 2023      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allison Jean Becker | on behalf of Defendant Rampey Enterprises Inc. abecker@grsm.com cxsmith@grsm.com;rvillaronga@grsm.com;ncleveland@grsm.com |
| Benjamin E.F.B. Waller | on behalf of Trustee Thomas W. Waldrep Jr. bwaller@hendrenmalone.com, jgorman@hendrenmalone.com;ygadalla@hendrenmalone.com |
| Brian Behr | on behalf of Bankruptcy Administrator Bankruptcy Administrator brian_behr@nceba.uscourts.gov rick_hinson@nceba.uscourts.gov;lesley_dean@nceba.uscourts.gov;tanya_aycock@nceba.uscourts.gov;karen_cook@nceba.uscourts.gov |
| Charles N. Anderson, Jr. | on behalf of Interested Party Blue Cross Blue Shield of Oklahoma chuck.anderson@elliswinters.com patricia.hutchins@elliswinters.com;teri.rodriguez@elliswinters.com |
| Eric J. Langston | |

| | | |
|---|---|---|
| District/off: 0417-5 | User: admin | Page 2 of 4 |
| Date Rcvd: Jun 22, 2023 | Form ID: pdf014 | Total Noticed: 1 |

on behalf of Defendant Reboot Inc. d/b/a HIPAA GUARD elangston@aegislaw.com, ericlangston357.gmail.com@recap.email

Eric J. Langston

on behalf of Defendant Michael Reece elangston@aegislaw.com ericlangston357.gmail.com@recap.email

Eric J. Langston

on behalf of Defendant Rural Lab Outreach LLC elangston@aegislaw.com, ericlangston357.gmail.com@recap.email

Erin K. Duffy

on behalf of Interested Party Boa Vida Foundation erin@janvierlaw.com erin@janvierlaw.com;june@janvierlaw.com;samantha@janvierlaw.com

Erin K. Duffy

on behalf of Creditor Oswego Neuropsych Hospital Inc. erin@janvierlaw.com, erin@janvierlaw.com;june@janvierlaw.com;samantha@janvierlaw.com

Ethridge B. Ricks

on behalf of Creditor Aetna Inc. bricks@mcguirewoods.com

George M. Oliver

on behalf of Other Professional Sherwood Partners Inc. efile@ofc-law.com, george@olivercheek.com;pam@olivercheek.com;katymac@olivercheek.com;clayton@olivercheek.com;linda@olivercheek.com; ben@olivercheek.com;dawn@olivercheek.com;christa@olivercheek.com;austin@olivercheek.com

James Albert Barnes, IV

on behalf of Defendant Monroe Guest jim@oxendinebarnes.com

James Albert Barnes, IV

on behalf of Defendant LGMG LLC d/b/a Verifi Labs and d/b/a Verifi Resource Group jim@oxendinebarnes.com

James Albert Barnes, IV

on behalf of Creditor Lindell Gardner jim@oxendinebarnes.com

James Albert Barnes, IV

on behalf of Defendant Lindell Gardner jim@oxendinebarnes.com

James Albert Barnes, IV

on behalf of Defendant Integrity Lab Solutions LLC jim@oxendinebarnes.com

James Albert Barnes, IV

on behalf of Creditor Dennis Loudermilk jim@oxendinebarnes.com

James Albert Barnes, IV

on behalf of Creditor Monroe Guest jim@oxendinebarnes.com

James Albert Barnes, IV

on behalf of Creditor LGMG LLC d/b/a Verifi Labs and d/b/a Verifi Resource Group jim@oxendinebarnes.com

James C. Lanik

on behalf of Plaintiff Thomas W. Waldrep Jr. notice@waldrepwall.com, trustee@waldrepllp.com;7357193420@filings.docketbird.com

James C. Lanik

on behalf of Trustee Thomas W. Waldrep Jr. notice@waldrepwall.com, trustee@waldrepllp.com;7357193420@filings.docketbird.com

James C. Lanik

on behalf of Plaintiff Thomas W. Waldrep Jr. Trustee notice@waldrepwall.com, trustee@waldrepllp.com;7357193420@filings.docketbird.com

James S. Livermon, III

on behalf of Defendant Rural Lab Outreach LLC Charlie.livermon@wbd-us.com, kim.cone@wbd-us.com

James S. Livermon, III

on behalf of Defendant Michael Reece Charlie.livermon@wbd-us.com kim.cone@wbd-us.com

James S. Livermon, III

on behalf of Defendant Reboot Inc. d/b/a HIPAA GUARD Charlie.livermon@wbd-us.com, kim.cone@wbd-us.com

Jason L. Hendren

on behalf of Trustee Thomas W. Waldrep Jr. jhendren@hendrenmalone.com, jgorman@hendrenmalone.com;ygadalla@hendrenmalone.com

Jeffrey C Wisler

on behalf of Creditor Cigna Health and Life Insurance Company jwisler@connollygallagher.com

Jennifer B. Lyday

on behalf of Plaintiff Thomas W. Waldrep Jr. notice@waldrepwall.com, 8836221420@filings.docketbird.com

Jennifer B. Lyday

on behalf of Trustee Thomas W. Waldrep Jr. notice@waldrepwall.com, 8836221420@filings.docketbird.com

John A. Northen

| | |
|---|---|
| District/off: 0417-5 | User: admin |
| Date Rcvd: Jun 22, 2023 | Form ID: pdf014 |

Page 3 of 4
Total Noticed: 1

| | |
|---|---|
| | on behalf of Defendant Michael Nusbaum as the successor Administrator of the Nusbaum Estate jan@nbfirm.com nc30@ecfcbis.com;jla@nbfirm.com;sks@nbfirm.com |
| John A. Northen | on behalf of Interested Party Rural Community Hospitals of America LLC jan@nbfirm.com, nc30@ecfcbis.com;jla@nbfirm.com;sks@nbfirm.com |
| John A. Northen | on behalf of Defendant Steve White jan@nbfirm.com nc30@ecfcbis.com;jla@nbfirm.com;sks@nbfirm.com |
| John A. Northen | on behalf of Creditor Steven F. White jan@nbfirm.com nc30@ecfcbis.com;jla@nbfirm.com;sks@nbfirm.com |
| John A. Northen | on behalf of Interested Party Estate of Paul Nusbaum jan@nbfirm.com nc30@ecfcbis.com;jla@nbfirm.com;sks@nbfirm.com |
| John A. Northen | on behalf of Creditor Sun Finance Inc. jan@nbfirm.com, nc30@ecfcbis.com;jla@nbfirm.com;sks@nbfirm.com |
| John A. Northen | on behalf of Defendant Rural Community Hospitals of America LLC jan@nbfirm.com, nc30@ecfcbis.com;jla@nbfirm.com;sks@nbfirm.com |
| John R. Van Swearingen | on behalf of Trustee Thomas W. Waldrep Jr. 1107444420@filings.docketbird.com |
| John R. Van Swearingen | on behalf of Plaintiff Thomas W. Waldrep Jr. 1107444420@filings.docketbird.com |
| John R. Van Swearingen | on behalf of Plaintiff Thomas W. Waldrep Jr. Trustee 1107444420@filings.docketbird.com |
| Kelly Alfred Cameron | on behalf of Plaintiff Thomas W. Waldrep Jr. Trustee kcameron@waldrepwall.com |
| Kirstin E. Gardner | on behalf of Bankruptcy Administrator Bankruptcy Administrator kirstin_gardner@nceba.uscourts.gov Tanya_aycock@nceba.uscourts.gov |
| Neal Fowler | on behalf of Interested Party Centers for Medicare and Medicaid Services neal.fowler@usdoj.gov usance.bankruptcy@usdoj.gov |
| Rayford K. Adams, III | on behalf of Debtor CAH Acquisition Company 2 LLC tadams@spilmanlaw.com, cpeterson@spilmanlaw.com |
| Rebecca F. Redwine | on behalf of Trustee Thomas W. Waldrep Jr. rredwine@hendrenmalone.com, jgorman@hendrenmalone.com;ygadalla@hendrenmalone.com |
| Ryan Delaney Oxendine | on behalf of Defendant Lindell Gardner ryan@oxendinepricelaw.com |
| Ryan Delaney Oxendine | on behalf of Creditor LGMG LLC d/b/a Verifi Labs and d/b/a Verifi Resource Group ryan@oxendinepricelaw.com |
| Ryan Delaney Oxendine | on behalf of Defendant LGMG LLC d/b/a Verifi Labs and d/b/a Verifi Resource Group ryan@oxendinepricelaw.com |
| Ryan Delaney Oxendine | on behalf of Creditor Monroe Guest ryan@oxendinepricelaw.com |
| Ryan Delaney Oxendine | on behalf of Creditor Dennis Loudermilk ryan@oxendinepricelaw.com |
| Ryan Delaney Oxendine | on behalf of Defendant Monroe Guest ryan@oxendinepricelaw.com |
| Ryan Delaney Oxendine | on behalf of Defendant Dennis Loudermilk ryan@oxendinepricelaw.com |
| Ryan Delaney Oxendine | on behalf of Creditor Lindell Gardner ryan@oxendinepricelaw.com |
| Thomas W. Waldrep, Jr. | on behalf of Accountant Arnett Carbis Toothman LLP notice@waldrepwall.com 2942809420@filings.docketbird.com;NC71@ecfcbis.com |
| Thomas W. Waldrep, Jr. | on behalf of Plaintiff Thomas W. Waldrep Jr. notice@waldrepwall.com, 2942809420@filings.docketbird.com;NC71@ecfcbis.com |
| Thomas W. Waldrep, Jr. | on behalf of Trustee Thomas W. Waldrep Jr. notice@waldrepwall.com, |

District/off: 0417-5　　　　　　　　　　　　User: admin　　　　　　　　　　　　　　　Page 4 of 4
Date Rcvd: Jun 22, 2023　　　　　　　　　　Form ID: pdf014　　　　　　　　　　　　　Total Noticed: 1

| | |
|---|---|
| | 2942809420@filings.docketbird.com;NC71@ecfcbis.com |
| Thomas W. Waldrep, Jr. | on behalf of Plaintiff Thomas W. Waldrep Jr. Trustee notice@waldrepwall.com, 2942809420@filings.docketbird.com;NC71@ecfcbis.com |
| Vicki L. Parrott | on behalf of Creditor Sun Finance  Inc. vlp@nbfirm.com, jla@nbfirm.com;sks@nbfirm.com |
| Vicki L. Parrott | on behalf of Creditor Steven F. White vlp@nbfirm.com jla@nbfirm.com;sks@nbfirm.com |
| Vicki L. Parrott | on behalf of Defendant Rural Community Hospitals of America  LLC vlp@nbfirm.com, jla@nbfirm.com;sks@nbfirm.com |
| Vicki L. Parrott | on behalf of Interested Party Estate of Paul Nusbaum vlp@nbfirm.com  jla@nbfirm.com;sks@nbfirm.com |
| Vicki L. Parrott | on behalf of Interested Party Rural Community Hospitals of America  LLC vlp@nbfirm.com, jla@nbfirm.com;sks@nbfirm.com |
| Vicki L. Parrott | on behalf of Defendant Steve White vlp@nbfirm.com  jla@nbfirm.com;sks@nbfirm.com |
| William P Janvier | on behalf of Interested Party Boa Vida Foundation wjanvier@smvt.com laura@janvierlaw.com;june@janvierlaw.com;kelly@janvierlaw.com;kelly@janvierlaw.com;R55537@notify.bestcase.com;darlene@janvierlaw.com;lpetruska@smvt.com |
| William Walt Pettit | on behalf of Creditor Ryan Stumphauzer as Receiver for Complete Business Solutions Group  Inc. walt.pettit@hutchenslawfirm.com, renee.copley@hutchenslawfirm.com |

TOTAL: 64

**SO ORDERED.**

**SIGNED this 22 day of June, 2023.**

_____
**Joseph N. Callaway
United States Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### GREENVILLE DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| CAH ACQUISITION COMPANY #1, LLC, | ) Case No. 19-00730-5-JNC |
| d/b/a WASHINGTON COUNTY HOSPITAL, | ) Chapter 11 |
| | ) |
| Debtor. | ) |
| | ) |
| In re: | ) |
| | ) |
| CAH ACQUISITION COMPANY #2, LLC, | ) Case No. 19-01230-5-JNC |
| d/b/a OSWEGO COMMUNITY HOSPITAL, | ) Chapter 11 |
| | ) |
| Debtor. | ) |
| | ) |
| In re: | ) |
| | ) |
| CAH ACQUISITION COMPANY #3, LLC, | ) Case No. 19-01180-5-JNC |
| d/b/a HORTON COMMUNITY HOSPITAL, | ) Chapter 11 |
| | ) |
| Debtor. | ) |
| | ) |
| In re: | ) |
| | ) |
| CAH ACQUISITION COMPANY 6, LLC, | ) Case No. 19-01300-5-JNC |
| d/b/a I-70 COMMUNITY HOSPITAL, | ) Chapter 7 |
| | ) |
| Debtor. | ) |

| | |
|---|---|
| In re: ) | |
| ) | |
| CAH ACQUISITION COMPANY 7, LLC, ) | Case No. 19-01298-5-JNC |
| d/b/a PRAGUE COMMUNITY HOSPITAL, ) | Chapter 11 |
| ) | |
|               Debtor.        ) | |
| In re: ) | |
| ) | |
| CAH ACQUISITION COMPANY 12, LLC, ) | Case No. 19-01697-5-JNC |
| d/b/a FAIRFAX COMMUNITY HOSPITAL, ) | Chapter 11 |
| ) | |
|               Debtor.        ) | |
| In re: ) | |
| ) | |
| CAH ACQUISITION COMPANY 16, LLC, ) | Case No. 19-01227-5-JNC |
| d/b/a HASKELL COUNTY COMMUNITY ) | Chapter 11 |
| HOSPITAL, ) | |
| ) | |
|               Debtor.        ) | |

**ORDER GRANTING, IN PART, MOTION FOR ORDER AUTHORIZING AND APPROVING (I) LITIGATION FUNDING AGREEMENT WITH OMNI BRIDGEWAY (FUND 4) INVT. 3 L.P.; (II) ENGAGEMENT AGREEMENT WITH MCDONALD HOPKINS LLP RELATED TO LITIGATION FUNDING; AND (III) ENGAGEMENT AGREEMENTS WITH WALDREP WALL BABCOCK & BAILEY PLLC AND MCDONALD HOPKINS <u>LLP RELATED TO LITIGATION EFFECTIVE FROM AND AFTER APRIL 15, 2023</u>**

THIS MATTER coming before the Court on the Motion for Order Authorizing and Approving (I) Litigation Funding Agreement with Omni Bridgeway (Fund 4) Invt. 3 L.P.; (II) Engagement Agreement with McDonald Hopkins LLP Related to Litigation Funding; and (III) Engagement Agreements with Waldrep Wall Babcock & Bailey PLLC and McDonald Hopkins LLP Related to Litigation Effective from and after April 15, 2023 (the "<u>Motion</u>")[1] filed by Thomas W. Waldrep, Jr. (the "<u>Trustee</u>" or "<u>Litigation Trustee</u>") on May 23, 2023 seeking the entry of an order ("<u>Order</u>"), pursuant to 11 U.S.C. §§ 105, 364, and 1142, and Rule 3020(d) of the Federal Rules of Bankruptcy Procedure, for entry of an Order (i) approving the Litigation

---

[1] Capitalized terms not otherwise defined herein shall have the same definition as set forth in the Motion.

Agreement attached to the Motion as Exhibit A (the "Funding Agreement"); (ii) authorizing the Litigation Trusts,[2] the Chapter 7 bankruptcy estate of CAH Acquisition Company #6, LLC, and the Trustee to take all actions necessary or appropriate to effectuate the Funding Agreement; (iii) approving the engagement agreement (the "Litigation Funding Engagement Agreement") for fees and expenses incurred by McDonald Hopkins LLP ("McDonald Hopkins") related to the marketing, documentation, negotiation, and approval of one or more litigation finance arrangements (the "Litigation Funding Matter"); (iv) approving the engagement agreements for fees and expenses incurred by Waldrep Wall Babcock & Bailey PLLC ("WWBB") and McDonald Hopkins in the Litigation, effective as of April 15, 2023 (the "April 15, 2023 Litigation Engagement Agreements").  On June 13, 2023, the Bankruptcy Administrator filed a Response to the Funding Motion ("BA Response").  Following proper notice to all affected parties, this Court conducted a hearing on June 20, 2023 ("Hearing").  Based on the pleadings and record in this case, the arguments, evidence and proffers presented at the Hearing, and good cause having been shown,

IT IS HEREBY ORDERED THAT:

1. The Motion should be, and hereby is, GRANTED IN PART.

2. The Funding Agreement and the transactions contemplated thereby are hereby approved.

3. The Litigation Trusts, the Chapter 7 bankruptcy estate of CAH Acquisition Company 6, LLC, and the Trustee are hereby authorized to take all actions necessary or appropriate to effectuate the Funding Agreement and the transactions contemplated thereby.

---

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

3. This Court will enter a separate order regarding the Litigation Funding Engagement Agreement and the fees and expenses incurred by McDonald Hopkins related to the Litigation Funding Matter.

4. The April 15, 2023 Litigation Engagement Agreements are hereby approved; provided, however, that any compensation sought by WWBB or McDonald Hopkins relating to the Deferred Fees (as defined in the April 15, 2023 Litigation Engagement Agreements), or otherwise, which is in excess of normal and customary hourly rates are subject to the subsequent express approval of this Court. Subject to the provisions of this paragraph, the Trustee is hereby authorized to compensate WWBB and McDonald Hopkins pursuant to the terms of the April 15, 2023 Litigation Engagement Agreements.

5. Payment of the fees and expenses approved by this Order shall be made by the Trustee from the proceeds of the Litigation or funds provided under the Funding Agreement pursuant to its terms. No payment of such fees or expenses shall be made from any other assets of the Debtor's bankruptcy estates, including specifically from any cost report money, without the consent of Cohesive Healthcare Management & Consulting LLC ("Cohesive") or further order of this Court.

6. The Trustee shall continue to provide regular updates and information regarding the Litigation to Cohesive and the Bankruptcy Administrator.

7. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**END OF DOCUMENT**