United States Bankruptcy Court
Eastern District of North Carolina

In re:  Case No. 19-01230-JNC
CAH Acquisition Company 2, LLC  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0417-5     User: admin     Page 1 of 4
Date Rcvd: Jun 22, 2023     Form ID: pdf014     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2023:**

**Recip ID    Recipient Name and Address**
db     + CAH Acquisition Company 2, LLC, PO Box 953412, Saint Louis, MO 63195-3412

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 24, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allison Jean Becker | on behalf of Defendant Rampey Enterprises Inc. abecker@grsm.com cxsmith@grsm.com;rvillaronga@grsm.com;ncleveland@grsm.com |
| Benjamin E.F.B. Waller | on behalf of Trustee Thomas W. Waldrep Jr. bwaller@hendrenmalone.com, jgorman@hendrenmalone.com;ygadalla@hendrenmalone.com |
| Brian Behr | on behalf of Bankruptcy Administrator Bankruptcy Administrator brian_behr@nceba.uscourts.gov rick_hinson@nceba.uscourts.gov;lesley_dean@nceba.uscourts.gov;tanya_aycock@nceba.uscourts.gov;karen_cook@nceba.uscourts.gov |
| Charles N. Anderson, Jr. | on behalf of Interested Party Blue Cross Blue Shield of Oklahoma chuck.anderson@elliswinters.com patricia.hutchins@elliswinters.com;teri.rodriguez@elliswinters.com |
| Eric J. Langston | |

| | | |
|---|---|---|
| District/off: 0417-5 | User: admin | Page 2 of 4 |
| Date Rcvd: Jun 22, 2023 | Form ID: pdf014 | Total Noticed: 1 |

on behalf of Defendant Reboot Inc. d/b/a HIPAA GUARD elangston@aegislaw.com, ericlangston357.gmail.com@recap.email

Eric J. Langston

on behalf of Defendant Michael Reece elangston@aegislaw.com ericlangston357.gmail.com@recap.email

Eric J. Langston

on behalf of Defendant Rural Lab Outreach LLC elangston@aegislaw.com, ericlangston357.gmail.com@recap.email

Erin K. Duffy

on behalf of Interested Party Boa Vida Foundation erin@janvierlaw.com erin@janvierlaw.com;june@janvierlaw.com;samantha@janvierlaw.com

Erin K. Duffy

on behalf of Creditor Oswego Neuropsych Hospital Inc. erin@janvierlaw.com, erin@janvierlaw.com;june@janvierlaw.com;samantha@janvierlaw.com

Ethridge B. Ricks

on behalf of Creditor Aetna Inc. bricks@mcguirewoods.com

George M. Oliver

on behalf of Other Professional Sherwood Partners Inc. efile@ofc-law.com, george@olivercheek.com;pam@olivercheek.com;katymac@olivercheek.com;clayton@olivercheek.com;linda@olivercheek.com; ben@olivercheek.com;dawn@olivercheek.com;christa@olivercheek.com;austin@olivercheek.com

James Albert Barnes, IV

on behalf of Defendant Monroe Guest jim@oxendinebarnes.com

James Albert Barnes, IV

on behalf of Defendant LGMG LLC d/b/a Verifi Labs and d/b/a Verifi Resource Group jim@oxendinebarnes.com

James Albert Barnes, IV

on behalf of Creditor Lindell Gardner jim@oxendinebarnes.com

James Albert Barnes, IV

on behalf of Defendant Lindell Gardner jim@oxendinebarnes.com

James Albert Barnes, IV

on behalf of Defendant Integrity Lab Solutions LLC jim@oxendinebarnes.com

James Albert Barnes, IV

on behalf of Creditor Dennis Loudermilk jim@oxendinebarnes.com

James Albert Barnes, IV

on behalf of Creditor Monroe Guest jim@oxendinebarnes.com

James Albert Barnes, IV

on behalf of Creditor LGMG LLC d/b/a Verifi Labs and d/b/a Verifi Resource Group jim@oxendinebarnes.com

James C. Lanik

on behalf of Plaintiff Thomas W. Waldrep Jr. notice@waldrepwall.com, trustee@waldrepllp.com;7357193420@filings.docketbird.com

James C. Lanik

on behalf of Trustee Thomas W. Waldrep Jr. notice@waldrepwall.com, trustee@waldrepllp.com;7357193420@filings.docketbird.com

James C. Lanik

on behalf of Plaintiff Thomas W. Waldrep Jr. Trustee notice@waldrepwall.com, trustee@waldrepllp.com;7357193420@filings.docketbird.com

James S. Livermon, III

on behalf of Defendant Rural Lab Outreach LLC Charlie.livermon@wbd-us.com, kim.cone@wbd-us.com

James S. Livermon, III

on behalf of Defendant Michael Reece Charlie.livermon@wbd-us.com kim.cone@wbd-us.com

James S. Livermon, III

on behalf of Defendant Reboot Inc. d/b/a HIPAA GUARD Charlie.livermon@wbd-us.com, kim.cone@wbd-us.com

Jason L. Hendren

on behalf of Trustee Thomas W. Waldrep Jr. jhendren@hendrenmalone.com, jgorman@hendrenmalone.com;ygadalla@hendrenmalone.com

Jeffrey C Wisler

on behalf of Creditor Cigna Health and Life Insurance Company jwisler@connollygallagher.com

Jennifer B. Lyday

on behalf of Plaintiff Thomas W. Waldrep Jr. notice@waldrepwall.com, 8836221420@filings.docketbird.com

Jennifer B. Lyday

on behalf of Trustee Thomas W. Waldrep Jr. notice@waldrepwall.com, 8836221420@filings.docketbird.com

John A. Northen

District/off: 0417-5                                User: admin                                    Page 3 of 4
Date Rcvd: Jun 22, 2023                        Form ID: pdf014                               Total Noticed: 1

|   |   |
|---|---|
| | on behalf of Defendant Michael Nusbaum as the successor Administrator of the Nusbaum Estate jan@nbfirm.com nc30@ecfcbis.com;jla@nbfirm.com;sks@nbfirm.com |
| John A. Northen | on behalf of Interested Party Rural Community Hospitals of America  LLC jan@nbfirm.com, nc30@ecfcbis.com;jla@nbfirm.com;sks@nbfirm.com |
| John A. Northen | on behalf of Defendant Steve White jan@nbfirm.com  nc30@ecfcbis.com;jla@nbfirm.com;sks@nbfirm.com |
| John A. Northen | on behalf of Creditor Steven F. White jan@nbfirm.com  nc30@ecfcbis.com;jla@nbfirm.com;sks@nbfirm.com |
| John A. Northen | on behalf of Interested Party Estate of Paul Nusbaum jan@nbfirm.com  nc30@ecfcbis.com;jla@nbfirm.com;sks@nbfirm.com |
| John A. Northen | on behalf of Creditor Sun Finance  Inc. jan@nbfirm.com, nc30@ecfcbis.com;jla@nbfirm.com;sks@nbfirm.com |
| John A. Northen | on behalf of Defendant Rural Community Hospitals of America  LLC jan@nbfirm.com, nc30@ecfcbis.com;jla@nbfirm.com;sks@nbfirm.com |
| John R. Van Swearingen | on behalf of Trustee Thomas W. Waldrep  Jr. 1107444420@filings.docketbird.com |
| John R. Van Swearingen | on behalf of Plaintiff Thomas W. Waldrep  Jr. 1107444420@filings.docketbird.com |
| John R. Van Swearingen | on behalf of Plaintiff Thomas W. Waldrep Jr.  Trustee 1107444420@filings.docketbird.com |
| Kelly Alfred Cameron | on behalf of Plaintiff Thomas W. Waldrep Jr.  Trustee kcameron@waldrepwall.com |
| Kirstin E. Gardner | on behalf of Bankruptcy Administrator Bankruptcy Administrator kirstin_gardner@nceba.uscourts.gov Tanya_aycock@nceba.uscourts.gov |
| Neal Fowler | on behalf of Interested Party Centers for Medicare and Medicaid Services neal.fowler@usdoj.gov  usance.bankruptcy@usdoj.gov |
| Rayford K. Adams, III | on behalf of Debtor CAH Acquisition Company 2  LLC tadams@spilmanlaw.com, cpeterson@spilmanlaw.com |
| Rebecca F. Redwine | on behalf of Trustee Thomas W. Waldrep  Jr. rredwine@hendrenmalone.com, jgorman@hendrenmalone.com;ygadalla@hendrenmalone.com |
| Ryan Delaney Oxendine | on behalf of Defendant Lindell Gardner ryan@oxendinepricelaw.com |
| Ryan Delaney Oxendine | on behalf of Creditor LGMG  LLC d/b/a Verifi Labs and d/b/a Verifi Resource Group ryan@oxendinepricelaw.com |
| Ryan Delaney Oxendine | on behalf of Defendant LGMG  LLC d/b/a Verifi Labs and d/b/a Verifi Resource Group ryan@oxendinepricelaw.com |
| Ryan Delaney Oxendine | on behalf of Creditor Monroe Guest ryan@oxendinepricelaw.com |
| Ryan Delaney Oxendine | on behalf of Creditor Dennis Loudermilk ryan@oxendinepricelaw.com |
| Ryan Delaney Oxendine | on behalf of Defendant Monroe Guest ryan@oxendinepricelaw.com |
| Ryan Delaney Oxendine | on behalf of Defendant Dennis Loudermilk ryan@oxendinepricelaw.com |
| Ryan Delaney Oxendine | on behalf of Creditor Lindell Gardner ryan@oxendinepricelaw.com |
| Thomas W. Waldrep, Jr. | on behalf of Accountant Arnett Carbis Toothman LLP notice@waldrepwall.com 2942809420@filings.docketbird.com;NC71@ecfcbis.com |
| Thomas W. Waldrep, Jr. | on behalf of Plaintiff Thomas W. Waldrep  Jr. notice@waldrepwall.com, 2942809420@filings.docketbird.com;NC71@ecfcbis.com |
| Thomas W. Waldrep, Jr. | on behalf of Trustee Thomas W. Waldrep  Jr. notice@waldrepwall.com, |

| | | |
|---|---|---|
| District/off: 0417-5 | User: admin | Page 4 of 4 |
| Date Rcvd: Jun 22, 2023 | Form ID: pdf014 | Total Noticed: 1 |

2942809420@filings.docketbird.com;NC71@ecfcbis.com

Thomas W. Waldrep, Jr.
    on behalf of Plaintiff Thomas W. Waldrep Jr. Trustee notice@waldrepwall.com, 2942809420@filings.docketbird.com;NC71@ecfcbis.com

Vicki L. Parrott
    on behalf of Creditor Sun Finance Inc. vlp@nbfirm.com, jla@nbfirm.com;sks@nbfirm.com

Vicki L. Parrott
    on behalf of Creditor Steven F. White vlp@nbfirm.com jla@nbfirm.com;sks@nbfirm.com

Vicki L. Parrott
    on behalf of Defendant Rural Community Hospitals of America LLC vlp@nbfirm.com, jla@nbfirm.com;sks@nbfirm.com

Vicki L. Parrott
    on behalf of Interested Party Estate of Paul Nusbaum vlp@nbfirm.com jla@nbfirm.com;sks@nbfirm.com

Vicki L. Parrott
    on behalf of Interested Party Rural Community Hospitals of America LLC vlp@nbfirm.com, jla@nbfirm.com;sks@nbfirm.com

Vicki L. Parrott
    on behalf of Defendant Steve White vlp@nbfirm.com jla@nbfirm.com;sks@nbfirm.com

William P Janvier
    on behalf of Interested Party Boa Vida Foundation wjanvier@smvt.com laura@janvierlaw.com;june@janvierlaw.com;kelly@janvierlaw.com;kelly@janvierlaw.com;R55537@notify.bestcase.com;darlene@janvierlaw.com;lpetruska@smvt.com

William Walt Pettit
    on behalf of Creditor Ryan Stumphauzer as Receiver for Complete Business Solutions Group Inc. walt.pettit@hutchenslawfirm.com, renee.copley@hutchenslawfirm.com

TOTAL: 64

**SO ORDERED.**

**SIGNED this 22 day of June, 2023.**

_____
**Joseph N. Callaway**
**United States Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# GREENVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| CAH ACQUISITION COMPANY #1, LLC, | ) | Case No. 19-00730-5-JNC |
| d/b/a WASHINGTON COUNTY HOSPITAL, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | |
| | ) | |
| CAH ACQUISITION COMPANY #2, LLC, | ) | Case No. 19-01230-5-JNC |
| d/b/a OSWEGO COMMUNITY HOSPITAL, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | |
| | ) | |
| CAH ACQUISITION COMPANY #3, LLC, | ) | Case No. 19-01180-5-JNC |
| d/b/a HORTON COMMUNITY HOSPITAL, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | |
| | ) | |
| CAH ACQUISITION COMPANY 6, LLC, | ) | Case No. 19-01300-5-JNC |
| d/b/a I-70 COMMUNITY HOSPITAL, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |

| | |
|---|---|
| In re: ) | |
| ) | |
| CAH ACQUISITION COMPANY 7, LLC, ) | Case No. 19-01298-5-JNC |
| d/b/a PRAGUE COMMUNITY HOSPITAL, ) | Chapter 11 |
| ) | |
|             Debtor. ) | |
| In re: ) | |
| ) | |
| CAH ACQUISITION COMPANY 12, LLC, ) | Case No. 19-01697-5-JNC |
| d/b/a FAIRFAX COMMUNITY HOSPITAL, ) | Chapter 11 |
| ) | |
|             Debtor. ) | |
| In re: ) | |
| ) | |
| CAH ACQUISITION COMPANY 16, LLC, ) | Case No. 19-01227-5-JNC |
| d/b/a HASKELL COUNTY COMMUNITY ) | Chapter 11 |
| HOSPITAL, ) | |
| ) | |
|             Debtor. ) | |

**ORDER ON COMPENSATION FOR SPECIAL COUNSEL
MCDONALD HOPKINS, LLP, FOR LITIGATION FUNDING PROCUREMENT**

      The matter before the Court is contained in the Motion for Order Authorizing and Approving (I) Litigation Funding Agreement with Omni Bridgeway (Fund 4) INVT. 3 L.P.; (II) Engagement Agreement with McDonald Hopkins, LLP, related to Litigation Funding; and (III) Engagement Agreements with Waldrep Wall Babcock and Bailey, PLLC, and McDonald Hopkins, LLP, Related to Litigation Funding, Effective from and after April 15, 2023 (Dkt. 1580; the "Motion"). The Motion was filed on May 23, 2023, by Thomas W. Waldrep, Jr., in his capacity as trustee of the estates of the above-captioned Debtors ("Trustee"). This order is limited to the request listed in component (II) above concerning compensation sought by special litigation counsel, McDonald Hopkins, LLP, for its work related to obtaining procurement of the Litigation Funding Agreement. The Bankruptcy Administrator filed a response to the Motion (Dkt. 1588; the "Response") on June 13, 2023. The Motion and Response were heard by the court on June 20, 2023, in Greenville, North Carolina.

      At the hearing, after considering the evidence presented and arguments of counsel, components (I) and (III) of the Motion were approved in part. A separate order regarding the same was entered on June 22, 2023 (Dkt. 1593). In support of the relief requested in component (II), the court also considered the Affidavit of Marc Carmel (Dkt. 1586; the "Affidavit") filed June 5, 2023. In the Affidavit, Mr. Carmel details the work, time and effort expended in obtaining the Litigation Funding Agreement now approved by the court. The services were rendered between December 15, 2021, and May 23, 2023, as detailed and itemized in Exhibit A attached to the Affidavit. The compensation sought totals $90,665.50 when calculated at the firm's normal hourly rates for the professionals listed. McDonald Hopkins then seeks to double that compensation to $181,331.00 based on risk, value, and success.

McDonald Hopkins argues that the nature, value, and risk of the matter should be considered as a broker fee request rather than attorney time. However, McDonald Hopkins never sought and was not employed as a broker for the Litigation Trusts and the Trustee in these cases. It therefore has no authority to seek broker compensation. Even if such employment had been sought, the court was unlikely to grant the same. McDonald Hopkins is employed as special litigation counsel for the Litigation Trusts and Trustee, and as such it and its attorneys owe a higher degree of loyalty and professionalism than any mere broker. In fact, from the record it appears McDonald Hopkins has provided that higher degree of loyalty and professionalism in this matter that the court expects. The work in obtaining litigation funding is well within attorney work scope.

For these reasons and others appearing of record, the court declined to treat the request as a broker fee, but instead, reviewed the matter as a legal fee request made under sections 330 and 331 of the Bankruptcy Code, plus a request for fee enhancement. The court has reviewed and finds that the underlying fee request, for the actual and detailed time set forth in the Affidavit, was reasonable and necessary work for the Litigation Trusts and Trustee performed within the scope of McDonald Hopkins' employment. The $90,665.50 base fee sought is accordingly approved as stated at the hearing.

The court next considered whether an enhancement of the base amount would be warranted under factors enumerated by the Fifth Circuit in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974), adopted in the Fourth Circuit as the test for fee enhancement in *Barber v. Kimbrell's, Inc.,* 577 F.2d 216, 226 (4th Cir.), *cert. denied,* 439 U.S. 934, 99 S.Ct. 329, 58 L.Ed.2d 330 (1978). After reviewing the "Johnson Factors" applicable here, the court declines to double the base fee, finding that the work does not merit such a large enhancement. However, the request for some enhancement is appropriate given the associated risks and success. The court in its discretion awards a success bonus in the amount of $34,334.50 for a total approved fee of $125,000.00 (including costs). The amount was announced in open court at the hearing and no party present objected.

THEREFORE, it is ORDERED and DECREED that compensation and fees for McDonald Hopkins, LLP, as special counsel for the Trustee, is ALLOWED and GRANTED in the total amount of $125,000 for the work performed between December 15, 2021, through May 23, 2023, specified in Exhibit A attached to the Affidavit and sought in the Motion. Such amount may be paid by the Trustee from proceeds drawn from the approved Litigation Funding Agreement approved in the Litigation Funding Order when appropriate in his business judgment.

**END OF DOCUMENT**